UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
MAY 12 2011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALISHA PRINSEN, | CIV 11-4049 |
| Plaintiff, | |
| vs. | ORDER |
| STATE FARM MUTUAL AUTO INSURANCE COMPANY, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is a Stipulation for Remand, Doc. 8. After consideration of the Stipulation, together with the file in this matter,

IT IS ORDERED:

1. That the Stipulation for Remand, Doc. 8, is approved.

2. That this action is hereby remanded to the South Dakota Circuit Court, Second Judicial Circuit, Minnehaha County, South Dakota.

Dated this 12th day of May, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summa Wahiford
    DEPUTY